IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT BULLOCK, | 2:16cv905 |
| Plaintiff, | Electronic Mail |
| v. | Judge David Stewart Cercone/ |
| | Chief Magistrate Judge Maureen P. Kelly |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | Re: ECF No. 1 |

## **ORDER**

The above-captioned prisoner civil rights action was received by the Clerk of Court on June 21, 2016, and was referred to Chief United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules of Court, regarding Magistrate Judges.

The Magistrate Judge's Report and Recommendation (the "Report"), ECF No. 2, filed on September 7, 2016, recommended that Plaintiff's In Forma Pauperis Motion, ECF No. 1, be denied because Plaintiff has three strikes. Service was made on Plaintiff at his address of record. Plaintiff was given until September 26, 2016, to file Objections. No Objections were filed.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 12th day of October, 2016:

**IT IS HEREBY ORDERED** that the IFP Motion is DENIED. Plaintiff is ORDERED to pay the entire filing fee by November 1, 2016, or the case will be dismissed with prejudice for failure to prosecute without further warning.

**IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. 2, filed on September 7, 2016, by Chief Magistrate Judge Kelly, is adopted as the opinion of the Court.

*[signature]*

David Stewart Cercone
United States District Judge

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Lamont C. Bullock
AS-1035
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)